**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **TAMMIE D. HILL,** *Plaintiff,* | § | |
| ***v.*** | § | **1:25-CV-151-ADA-ML** |
| **WALMART,** ***Defendant.*** | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane. Dkt. 21. Judge Lane recommends that this Court **GRANT** Defendant's Motion to Dismiss (Dkt. 13) and **DISMISS** Plaintiff's claims **WITH PREJUDICE**. *Id.* at 14. The report was filed on July 10, 2026. This Court hereby adopts Judge Lane's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on July 22, 2026 (Dkt. 23), and Defendant filed a Response on August 5, 2026 (Dkt. 24). The Court has conducted *de novo* review of the Report and Recommendation (Dkt. 21), Plaintiff's objections (Dkt. 23), Defendant's Response (Dkt. 24), and the applicable facts and laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Lane (Dkt. 21) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Objections (Dkt. 23) are **OVERRULED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss is hereby **GRANTED**, and Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE** in their entirety.

The Clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 19th day of August, 2026.



ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE